## JURY TRIAL – Day 5

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

Judge: B. Lynn Winmill  
Case No: 2:20-cr-117-BLW-3  
Date: May 12, 2022  
Place: Coeur d'Alene  

Deputy Clerk: Jamie Gearhart  
Reporter: Tammy Hohenleitner  
Time:  9:12 – 9:19 a.m.  
       11:14 – 12:26 p.m.  
       1:22 – 3:02 p.m.  
       3:38 – 3:40 p.m.  
       5:33 – 5:37 p.m.  
Total time: 3 hours and 5 minutes

## UNITED STATES OF AMERICA v. SEAN ROBERT WATHEN

Counsel for Government: Bryce Ellsworth  
Counsel for Defendant: Steven Frampton

9:12 – 9:19 a.m. – Matters discussed outside the presence of the jury. The parties were informed of improper jury contact.

11:14 a.m. – The Court informed counsel of the process for questioning each juror.

11:23 a.m. – 12:24 p.m. – The jury was brought into the courtroom and advised that they would be voir dired individually. Each juror was questioned individually on the contact in question.

The parties did not object to proceeding with the jury trial.

12:26 – 1:22 p.m. – Lunch Recess

Jury Instructed.

Closing arguments held.

Post-closing jury instructions.

Bailiffs Marci Smith and Rebecca Fitz sworn.

Alternate juror discharged.

Jury retired at 3:01 p.m.

3:38 – 3:40 p.m.- The Court discussed jury question #1 with counsel, outside the presence of the jury. The parties had no objection to the Court's proposed answer.

5:33 p.m. – The Court admonished the jury for the evening recess outside the presence of counsel. The jury will continue with deliberations 5/13/2022 at 8:00 a.m.