**JURY TRIAL** – **Day 6**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

Judge: B. Lynn Winmill                Deputy Clerk: Jamie Gearhart
Case No: 2:20-cr-117-BLW-3            Reporter: Tammy Hohenleitner
Date: May 13, 2022                    Time:  9:39 – 9:47 a.m.
Place: Coeur d'Alene                  Total time: 8 minutes

UNITED STATES OF AMERICA v. SEAN ROBERT WATHEN

Counsel for Government: Bryce Ellsworth
Counsel for Defendant: Steven Frampton

9:39 a.m. – The following matters were addressed outside the presence of the jury.
- Exhibit 2000 will be retained by the District Court for chain of custody purposes. No objection by defense counsel. The exhibit will be placed in the file room of the Clerk's office in Coeur d'Alene.
- The Court was provided with a DVD of the surveillance camera. The DVD will be part of the record and will be placed in the file room of the Clerk's office in Coeur d'Alene.

9:42 a.m. – The jury returned into court.

The Verdict was read and recorded.

The Defendant was found guilty on Count 1 of the Indictment pursuant to the jury verdict.

The Court ordered a presentence investigation report.
- Original report to Counsel:    June 28, 2022
- Notification of Objections:    July 12, 2022
- Final Report Due:              July 26, 2022
-

**Sentencing set: August 9, 2022 at 2:30 pm in Coeur d'Alene before Judge B. Lynn Winmill**

The Court ordered the defendant detained pending sentencing. The Defendant was remanded to the custody of the US Marshal Service.

Final jury instruction.

Jury Discharged.

**EXHIBITS RELEASED TO COUNSEL FOR THE GOVERNMENT.**